## STATEMENT OF FACTS

Your affiant, ███████ is a Special Agent assigned to the Las Vegas Division of the Federal Bureau of Investigation. In my duties as a Special Agent, I investigate domestic terrorism, including criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

## FACTS SPECIFIC TO CHRISTINE BARRELLO

On January 6, 2021, Christine Barrello was present inside the restricted U.S. Capitol building and grounds without authorization. At approximately 2:23 p.m. on January 6, 2021, Barrello entered the U.S. Capitol building through a window on the second floor on the west side of the building near what is often referred to as the Senate Wing Door. (Image 1 and 2.)



*Image 1*



*Image 2*

At approximately 2:25 p.m., Barrello walked south into the Rotunda. She walked toward the center of the Rotunda and stood there for several moments. (Image 3.)



*Image 3*

At approximately 2:26 p.m., Barrello exited the Rotunda. She walked into Statuary Hall at approximately 2:27 p.m. (Image 4.)



*Image 4*

Barrello then continued through Statuary Hall into the Statuary Hall Connector. At approximately 2:28 p.m., Barrello came upon police. (Image 5.)



*Image 5*

She lingered in the Statuary Hall Connector for roughly a minute. At approximately 2:29 p.m., Barrello turned around and walked north back through Statuary Hall. (Images 6 and 7.)


*Image 6*


*Image 7*

At approximately 2:30 p.m., Barrello returned the Rotunda through the south door. She walked through the Rotunda only pausing momentarily. (Image 8.)



*Image 8*

Roughly a minute later, at approximately 2:31 p.m., Barrello walked down the Supreme Court Chamber Stairs. (Image 9.)



*Image 9*

At approximately 2:46 p.m., Barrello walked east in the Crypt Lobby. (Image 10.)



*Image 10*

At approximately 2:47 p.m., Barrello walked north near the Memorial Door. She then continued north through the Crypt with other rioters. (Image 11.)



*Image 11*

At approximately 2:50 p.m., Barrello reappeared near the Senate Wing Door where she paused for a moment. Barrello appeared to use her phone. At approximately 2:53, she then left the building through the window—opposite of the one she entered—on the side of the Senate Wing Door. (Image 12.)



*Image 12*

After exiting, Barrello remained within restricted grounds of the Capitol building. She could be seen on the Northwest terrace after she exited the building. (Image 13).



*Image 13*

Barrello was inside the Capitol building for approximately 30 minutes and within the restricted Capitol grounds for longer.

## **IDENTIFICATION OF CHRISTINE BARRELLO**

During an interview with FBI agents on March 22, 2021, Barrello confirmed that she was in Washington, D.C. on January 6, 2021. According to records obtained through a search warrant which was served on AT&T, on January 6, 2021, in and around the time of the incident, the cellphone associated with (702) XXX-XXXX was identified as having utilized a cell site consistent with providing service to a geographic area that includes the interior of the United States Capitol building. Records from AT&T indicate that the user and financially responsible party associated with (702) XXX-XXXX is Christine Barrello.

On January 3, 2024, while conducting in person surveillance, Special Agent A.S. observed Barrello leave her home and get into her vehicle. Special Agent A.S. also observed Barrello leave her vehicle and walk toward her place of employment. On March 25, 2024, Special Agent A.S. identified Barrello as the individual in four images, including Images 9 and 13 above.[1]

Based on the foregoing, your affiant submits that there is probable cause to believe that Christine Barrello violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

---

[1] Neighbors familiar with Barrello were asked to identify the same pictures as Special Agent A.S., however, they could not confirm that the pictures showed Barrello. One neighbor said he did not recognize the individual in the photographs and the other stated that while the individual in the photographs appeared to resemble Barrello or a family member, he could not be certain because the family looks alike.

Your affiant submits there is also probable cause to believe that Christine Barrello violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; (G) parade, demonstrate, or picket in any of the Capitol Buildings.



Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 7th day of May 2024.

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE